Exhibit 12



Ryan Milliron <ryanmilliron1@gmail.com>

## eFOIA Request Received

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>  Sun, Jun 5, 2022 at 4:34 PM
To: ryanmilliron1@gmail.com

# Individual Information

| | |
|---:|---|
| **Prefix** | Mr. |
| **First Name** | Ryan |
| **Middle Name** | |
| **Last Name** | Milliron |
| **Suffix** | |
| **Email** | ryanmilliron1@gmail.com |
| **Phone** | 2312868875 |
| **Location** | United States |

# Domestic Address

| | |
|---:|---|
| **Address Line 1** | 14579 Tupelo Dr |
| **Address Line 2** | |
| **City** | West Olive |

| | |
|---|---|
| State | Michigan |
| Postal | 49460 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below. |
| Allow up to $ | 100 |

## Non-Individual FOIA Request

**Request Information**

I request any emails between any of the following FBI agents:

Ryan Gaynor
Scott Hellman
Curtis Heide
Andrew McCabe
Peter Strzok
Joseph Pientka

that relate to the hack of the DNC, David Dagon, Rodney Joffe, an allegation
concerning Alfa bank and Trump, or Crowdstrike.

For the period of April 1, 2016 through April 1, 2019.

## Expedite

| | |
|---|---|
| **Expedite Reason** | Public reporting and recent trial testimony in the Michael Sussmann case<br>indicate inexplicable decisions were made by FBI leadership. Speculation is<br>rampant that crimes were committed by FBI leadership in collusion with a<br>scheme by the Clinton campaign.<br><br>This request is highly probative of those allegations. |

[Quoted text hidden]