UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,                          Case No. 1:23–cv–30

  v.                                      Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,

        Defendants.
_____/

## ORDER

      This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. A scheduling conference was held March 15, 2023. The parties shall file a Joint Status Report by May 15, 2023.

    IT IS SO ORDERED.

Dated:  March 15, 2023                                                        /s/ Sally J. Berens
                                                                                      SALLY J. BERENS
                                                                                      U.S. Magistrate Judge