UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

      Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

      Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on March 15, 2023 (ECF No. 12, PageID.115), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

Defense Advanced Research Projects Agency (DARPA), a component of the DOD, completed its searches for records responsive to Plaintiff's three FOIA requests. It sent a final response to Plaintiff's FOIA Request No. 23-FRO-0207 on May 9, 2023. For the remaining two FOIA requests, DARPA is currently reviewing the search results to determine responsiveness and has begun to send out consultations to third parties. Due to the need for third-party consultations, DARPA does not currently have an estimated date for its productions.

CIA completed its search for records responsive to Plaintiff's FOIA request, reference number 2022-01813, and sent a final response to Plaintiff on May 9, 2023.

FBI sent a final response to Plaintiff's FOIA Request No. 1561520 on March 10, 2023. FBI continues to search for records responsive to Plaintiff's remaining two FOIA requests. As a result, FBI does not currently have an anticipated final response date for these FOIA requests.

ODNI completed its search for records responsive to Plaintiff's remaining FOIA request, reference number DF-2022-00401. Some records require consultation with third parties before release, and ODNI has sent out those consultation requests. Because of the third-party consults, ODNI does not currently have an anticipated final production date. However, it expects to issue a partial release of documents within the next 14 days.

The Parties agree that a status conference with the Court, or submission of a joint status report, on or around July 17, 2023, would be beneficial to assess progress and set additional case deadlines, if necessary.

|  |  |
|---|---|
| Dated: May 12, 2023 | Respectfully submitted,<br><br>*[signature: Ryan Milliron]*<br>RYAN MILLIRON<br>14579 Tupelo Dr.<br>West Olive, MI 49460<br>(231) 286-8875<br>Ryanmilliron1@gmail.com |
| Dated: May 12, 2023 | MARK A. TOTTEN<br>United States Attorney<br><br>*/s/ Laura A. Babinsky*<br>LAURA A. BABINSKY<br>Assistant United States Attorney<br>P.O. Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Laura.Babinsky@usdoj.gov |