UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                        Case No. 1:23–cv–30

  v.                                    Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,

       Defendants.
_____/

## **ORDER**

      This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. Pursuant to the request of the parties in the May 15, 2023 Joint Status Report (ECF No. 13), a Joint Status Report shall be filed by July 17, 2023.

    IT IS SO ORDERED.

Dated:  May 16, 2023                          /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                            U.S. Magistrate Judge