UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

    Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on May 16, 2023 (ECF No. 15, PageID.120), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

As mentioned in the May 15, 2023, Joint Status Report (ECF No. 13, PageID.116), Defense Advanced Research Projects Agency (DARPA), a component of the DOD, sent a final response to Plaintiff's FOIA Request No. 23-FRO-0207 on May 9, 2023.  Since then, DARPA sent out third-party consultation requests for FOIA Request No. 22-F-0854 and is awaiting responses to those requests.  Currently, DARPA is reviewing the search results for FOIA Request No. 23-F-0055 to determine responsiveness and estimates that it will make an interim response to this request in September, with rolling responses thereafter.

On May 9, 2023, CIA sent a final response to Plaintiff's FOIA request, reference number F-2022-01813, which indicated that no responsive records were located; this is the only FOIA request referenced in the Complaint that is directed to the CIA.

As mentioned in the May 15, 2023, Joint Status Report (ECF No. 13, PageID.117), FBI sent a final response to Plaintiff's FOIA Request No. 1561520-000 on March 10, 2023.  Since then, FBI completed its search related to FOIA Request No. 1548976-000 and is reviewing the search results to determine responsiveness.  FBI anticipates making an interim response to this request in September, with rolling responses thereafter.  FBI continues to search for records responsive to FOIA Request No. 1558747-000.  As a result, FBI does not currently have an anticipated final response date for this request.

ODNI sent an interim response to FOIA Request No. DF-2022-00401 on May 24, 2023. The remaining responsive records require consultation with third parties before release, and ODNI sent out those consultation requests and is awaiting responses.

The Parties agree that a status conference with the Court, or submission of a joint status report, on or around October 16, 2023, would be beneficial to assess progress and set additional case deadlines, if necessary.

Respectfully submitted,

Dated: July 17, 2023

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com


MARK A. TOTTEN
United States Attorney

Dated: July 14, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov