UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,        Case No. 1:23-cv-00030

    Defendants.

**ORDER**

This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. Pursuant to the request of the parties in the July 17, 2023, Joint Status Report (ECF No. 16), a Joint Status Report shall be filed by October 16, 2023.

IT IS SO ORDERED.

Dated: July 21, 2023                                    /s/ Sally J. Berens
                                                               SALLY J. BERENS
                                                               U.S. Magistrate Judge