UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

       Plaintiff,                        Case No. 1:23-cv-00030-SJB

  v.                                       Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,

       Defendants.
_____/

## ORDER

      This matter is before the Court on Plaintiff's Motion for Discovery – #19, which was filed October 13, 2023. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following:  "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15-RL-78 (Sept. 11, 2015).  The motion fails to comply with this requirement.  Accordingly,

      IT IS ORDERED that Plaintiff's Motion for Discovery – #19 is hereby held in abeyance pending compliance with Local Rule 7.1(d).

      IT IS FURTHER ORDERED that movant shall file the certificate required by Local Rule 7.1(d) within five days of the date of this Order.  Failure to timely file the certificate will result in the dismissal of the motion.

      IT IS FURTHER ORDERED that any response to the motion shall be filed within fourteen days of the filing of the certificate, should the certificate be filed.

      IT IS SO ORDERED.

Dated:  October 16, 2023           /s/ Sally J. Berens
                                          SALLY J. BERENS
                                          U.S. Magistrate Judge