UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

        Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on July 21, 2023 (ECF No. 18, PageID.125), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Joint Status Report (JSR) regarding the status of this Freedom of Information Act (FOIA) case.

As mentioned in the previous JSRs filed with the Court, Defense Advanced Research Projects Agency (DARPA), a component of the DOD, sent a final response to Plaintiff's FOIA Request No. 23-FRO-0207 on May 9, 2023. (ECF No. 13, PageID.116; ECF No. 16, PageID.121.) DARPA also previously sent out third-party consultation requests for FOIA Request No. 22-F-0854 and is still awaiting responses to those requests; DARPA anticipates making an interim release for this request by the end of October 2023. Since the last JSR, DARPA completed its review of the search results for FOIA Request No. 23-F-0055 to determine responsiveness and

sent Plaintiff an interim response on October 10, 2023, producing 113 pages.  DARPA also has outstanding third-party consultation requests for this FOIA request and is waiting for responses.

CIA sent a final response to Plaintiff's FOIA request, reference number F-2022-01813, on May 9, 2023.  This is the only FOIA request referenced in the Complaint that is directed to the CIA.

As mentioned in the previous JSRs filed with the Court, FBI sent a final response to Plaintiff's FOIA Request No. 1561520-000 on March 10, 2023.  On October 3, 2023, FBI sent a final response to Plaintiff's FOIA Request No. 1558747-000.  On September 8 and October 6, 2023, respectively, FBI sent interim responses to Plaintiff's FOIA Request No. 1548976-000, producing 466 pages.  FBI anticipates making an additional response to this request in November 2023.  FBI also has outstanding third-party consultation requests for this FOIA request and is waiting for responses.

ODNI sent Plaintiff an interim response to FOIA Request No. DF-2022-00401 on May 24, 2023.  Prior to the last JSR, ODNI sent out third-party consults for this FOIA request and ODNI is still waiting for those consults to be returned.  ODNI will provide Plaintiff with interim responses on a rolling basis as consults are returned from third-parties, but is unable to provide an anticipated response date at this time.

On October 13, 2023, Plaintiff filed a Motion for Discovery (ECF No. 19, PageID.126), which Defendants intend to oppose.  Given the pending motion practice, the Parties do not believe that scheduling a status report or conference with the Court would be advisable at this time and can be addressed following the Court's ruling on Plaintiff's motion.  The anticipated productions noted above are expected to continue in the meantime.

Dated: October 16, 2023

Respectfully submitted,

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com


Dated: October 16, 2023

MARK A. TOTTEN
United States Attorney

/s/ *Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov