UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                         Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,       Case No. 1:23-cv-30

    Defendants.

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Discovery (ECF No. 19). For the reasons stated on the record at the hearing held November 9, 2023, the motion (ECF No. 19) is denied without prejudice. The parties shall submit a stipulation within seven days setting out a schedule for filing motions for summary judgment.

    IT IS SO ORDERED.

Dated: November 9, 2023                                                /s/ Sally J. Berens
                                                                      SALLY J. BERENS
                                                                        U.S. Magistrate Judge