UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

    Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## **STIPULATION**

Pursuant to the Court's Order on November 9, 2023 (ECF No. 32, PageID.183), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Stipulation setting out a schedule for filing motions for summary judgment as follows:

- Defendants FBI and ODNI will file a Joint Motion for Partial Summary Judgment, addressing FOIA Request Nos. 1558747-00 (FBI), 1561520-000 (FBI), and 2022-00400 (ODNI), by **Thursday, February 15, 2024.**

- Plaintiff will file a Response in Opposition to the Joint Motion for Partial Summary Judgment by **Thursday, February 29, 2024.**

- Defendants FBI and ODNI will file a Reply by **Thursday, March 14, 2024.**

The Parties further stipulate that Plaintiff has no challenge to DOD's response to FOIA Request No. 23-F-207.

Dated: November 16, 2023

Respectfully submitted,

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

Dated: November 16, 2023

MARK A. TOTTEN
United States Attorney

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov