UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

        Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATION FOR DISMISSAL OF DEFENDANT
## CENTRAL INTELLIGENCE AGENCY

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) by and through their attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Laura A. Babinsky, Assistant United States Attorney, hereby stipulate to the voluntary dismissal of Plaintiff's claims against CIA. Each party shall bear its own costs and attorney fees in relation to the claims against CIA.

Respectfully submitted,

Dated: November 16, 2023

/s/ Ryan Milliron
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com


MARK A. TOTTEN
United States Attorney

Dated: November 16, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov