UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE;
CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION;
OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,

    Defendants.
_____/

Case No. 1:23-cv-30

Hon. Jane M. Beckering
U.S. District Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Federal Bureau of Investigation, by and through its attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Laura A. Babinsky, Assistant United States Attorney, hereby moves the Court pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment on Plaintiff's Complaint under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA"). This motion is supported by the accompanying memorandum.

In accordance with Local Civil Rule 7.1(d), counsel for Defendant conferred with Plaintiff and understands that Plaintiff intends to oppose this motion.

2

                                                       Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: February 15, 2024              */s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov

2