UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                        Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,          Case No. 1:23-cv-00030

    Defendants.

**ORDER**

This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. The Court having decided the motions for partial summary judgment (ECF No. 48), the parties shall file a Joint Status Report by August 27, 2024.

    IT IS SO ORDERED.

Dated: August 13, 2024                                         /s/ Sally J. Berens
                                                                  SALLY J. BERENS
                                                                  U.S. Magistrate Judge