UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

        Defendants.
_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on August 13, 2023 (ECF No. 49, PageID.347), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.[1]

As mentioned in prior Joint Status Reports, Defense Advanced Research Projects Agency (DARPA), a component of the DOD, sent a final response to Plaintiff's FOIA Request No. 23-FRO-0207 on May 9, 2023. DARPA produced 42 pages to Plaintiff on November 16, 2023, and eight pages in its final response to Plaintiff on March 25, 2024, for FOIA Request No. 22-F-0854. On October 10, 2023, DARPA produced 113 pages to Plaintiff responsive to FOIA Request No. 23-F-0055. DARPA produced 194 pages responsive to FOIA Request No. 23-F-0055 on January 16, 2024. On March 25, 2024, DARPA produced 486 pages, on June 2, 2024, DAPRA produced 1,640 pages, and on July 11, 2024, DARPA produced 82 pages to Plaintiff responsive to FOIA Request No. 23-F-0055. Plaintiff requested that DARPA re-process certain pages in the July 11,

---

[1] The Central Intelligence Agency was dismissed from this case. (ECF No. 36, Order, PageID.189-90.)

2024, production, and DARPA is currently reviewing Plaintiff's request. DARPA continues to review the remaining search results for FOIA Request No. 23-F-0055, with some pages still out for consult. It will continue to make rolling responses.

As mentioned in the previous JSRs filed with the Court, FBI sent a final response to Plaintiff's FOIA Request No. 1561520-000 on March 10, 2023. On October 3, 2023, FBI sent a final response to Plaintiff's FOIA Request No. 1558747-000. On September 8, October 6, and November 6, and December 11, 2023, respectively, FBI sent interim responses to Plaintiff's FOIA Request No. 1548976-000. On May 3, 2024, the FBI released 44 pages. The FBI has 88 pages that remain outstanding and that were sent for third-party consultation. It continues to wait for a response.

ODNI sent Plaintiff an interim response to FOIA Request No. DF-2022-00401 on May 24, and November 1, 2023. On July 22, 2024, ODNI confirmed that the remaining responsive documents are still out for consultation. ODNI will provide Plaintiff with interim responses on a rolling basis as consults are returned from third parties but is unable to provide an anticipated response date at this time.

Dated: August 27, 2024

Respectfully submitted,

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

Dated: August 27, 2024

MARK A. TOTTEN
United States Attorney

/s/ *Carolyn Almassian*
CAROLYN ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Carolyn.Almassian@usdoj.gov