UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

     Plaintiff,

v.                                        Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,           Case No. 1:23-cv-00030

     Defendants.

**ORDER**

     This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. The parties shall file a Joint Status Report by September 24, 2024.

     IT IS SO ORDERED.

Dated: August 27, 2024                /s/ Sally J. Berens
                                      SALLY J. BERENS
                                      U.S. Magistrate Judge