UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                                                            Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,                       Case No. 1:23-cv-30

    Defendants.

## ORDER

This matter was filed pursuant to 05 U.S.C. § 552 Freedom of Information Act. The parties shall file a Joint Status Report by October 23, 2024.

    IT IS SO ORDERED.

Dated: September 25, 2024                                        /s/ Sally J. Berens
                                                                                SALLY J. BERENS
                                                                                U.S. Magistrate Judge