UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

        Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

        Defendants.

_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on November 20, 2024 (ECF No. 61, PageID.364), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

As mentioned in prior Joint Status Reports, Defense Advanced Research Projects Agency (DARPA), a component of the DOD, sent final responses to Plaintiff's FOIA Requests on May 9, 2023, March 25, 2024, and August 30, 2024.

As mentioned in the previous JSRs filed with the Court, FBI sent a final response to Plaintiff's FOIA Request No. 1561520-000 on March 10, 2023. On October 3, 2023, FBI sent a final response to Plaintiff's FOIA Request No. 1558747-000. On September 8, October 6, and November 6, and December 11, 2023, respectively, FBI sent interim responses to Plaintiff's FOIA Request No. 1548976-000. On May 3, 2024, the FBI released 44 pages. The FBI anticipates releasing an additional 37 pages soon. The FBI has 51 pages that remain outstanding and that were sent for third-party consultation. It continues to wait for a response without an anticipated date as of January 21, 2025.

ODNI sent Plaintiff an interim response to FOIA Request No. DF-2022-00401 on May 24, and November 1, 2023. On January 17, 2025, ODNI confirmed that the remaining five responsive documents are still out for consultation. ODNI will provide Plaintiff with interim responses on a rolling basis as consults are returned from third parties but is unable to provide an anticipated response date at this time.

Dated: January 21, 2025

Respectfully submitted,

*/s/ Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

Dated: January 21, 2025

ANDREW BYERLY BIRGE
United States Attorney

*/s/ Carolyn Almassian*
CAROLYN ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Carolyn.Almassian@usdoj.gov