UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.

    Defendants.
_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## STIPULATION TO ADJOURN HEARING

Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI), by and through their attorneys, Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Carolyn Almassian, Assistant United States Attorney, hereby stipulate to adjourn the March 27, 2025, hearing on Plaintiff's motion to compel. In support of their stipulation, the parties state as follows:

1. Plaintiff initiated this Freedom of Information (FOIA) action, seeking documents from Defendants. (Compl., PageID.1–73.)

2. Defendants have provided documents to Plaintiff, as set forth in the Joint Status Reports, and one FOIA request remains outstanding with the FBI and ODNI.

3. On February 25, 2025, Plaintiff filed a motion to compel responses to the remaining FOIA requests. (Pl. Mot, PageID. 369–71.)

4. Defendants filed a response on March 13, 2025. (Defs. Resp., PageID.383–87.) In their response, Defendants provided dates when the FBI and ODNI anticipate releasing documents in response to the outstanding FOIA requests, with a final release on or before May 15, 2025. (*Id.*)

5. The Court scheduled a hearing on Plaintiff's motion for March 27, 2025. (Notice, PageID.382.)

6. The parties request that the Court adjourn the hearing until after May 15, 2025, to allow Defendants time to respond to the remaining FOIA requests.

Dated: March 20, 2025

Respectfully submitted,

*Ryan Milliron*
RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: March 21, 2025

*/s/ Carolyn A. Almassian*
CAROLYN ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Carolyn.Almassian@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.

    Defendants.
_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## ORDER ADJOURNING HEARING

This matter having come before the Court upon the stipulation of the parties to adjourn the March 27, 2025, hearing on Plaintiff's motion to compel,

THE COURT HEREBY ORDERS that the March 27, 2025, hearing is adjourned.

BY THE COURT:

Dated:_____        _____
                                                                    Hon. Sally J. Berens
                                                                    U.S. Magistrate Judge