UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

               Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

               Defendants.

_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## JOINT STATUS REPORT

Pursuant to the Court's Order on March 24, 2025 (ECF No. 79, PageID.398), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

As mentioned in prior Joint Status Reports, Defense Advanced Research Projects Agency (DARPA), a component of the DOD, sent final responses to Plaintiff's FOIA requests on May 9, 2023, March 25, 2024, and August 30, 2024.

As mentioned in the previous JSRs filed with the Court, FBI sent a final response to Plaintiff's FOIA Request No. 1561520-000 on March 10, 2023. On October 3, 2023, FBI sent a final response to Plaintiff's FOIA Request No. 1558747-000.

On March 28, 2025, the FBI sent an interim response to Plaintiff's FOIA Request No. 1548976-000. The FBI sent its final release to Plaintiff on May 15, 2025.

ODNI sent Plaintiff its final response to FOIA Request No. DF-2022-00401 on April 9, 2025.

There are no outstanding FOIA requests in this matter.

Respectfully submitted,

Dated: May 23, 2025

RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com


ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: May 23, 2025

*/s/ Carolyn Almassian*
CAROLYN ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Carolyn.Almassian@usdoj.gov