UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN MILLIRON,

              Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

              Defendants.

_____/

Case No. 1:23-cv-30

Hon. Sally J. Berens
U.S. Magistrate Judge

## **STATUS REPORT**

Pursuant to the Court's Order on May 27, 2025 (Order, ECF No. 82, PageID.402), pro se Plaintiff Ryan Milliron, and Defendants U.S. Department of Defense (DOD), Federal Bureau of Investigation (FBI), and Office of the Director of National Intelligence (ODNI) (collectively, the Parties) submit this Report regarding the status of this Freedom of Information Act (FOIA) case.

As mentioned in prior Joint Status Reports, Defendants submitted final responses to Plaintiff's FOIA requests. There are no outstanding FOIA requests in this matter.

On June 3, 2025, Plaintiff contacted Defendants' counsel and indicated that he has challenges to Defendants' responses to certain FOIA requests, but did not specify the FOIA requests he challenges.

The parties request 90-days to allow Plaintiff to identify his challenges to Defendants' responses, and for Defendants to assess its responses. At that time, if Plaintiff continues to challenge responses, the parties will request the Court set a deadline for a *Vaugh*[1] index and a briefing schedule for dispositive motions.

_____

[1] *Vaughn v. United States*, 936 F.2d 862, 868 (6th Cir. 1991).

Respectfully submitted,

Dated: June 3, 2025

*Ryan Milliron*

RYAN MILLIRON
14579 Tupelo Dr.
West Olive, MI 49460
(231) 286-8875
Ryanmilliron1@gmail.com

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: June 3, 2025

*/s/ Carolyn Almassian*

CAROLYN ALMASSIAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Carolyn.Almassian@usdoj.gov