UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RYAN MILLIRON,

    Plaintiff,

v.                                                                                          Hon. Sally J. Berens

U.S. DEPARTMENT OF DEFENSE, et al.,                         Case No. 1:23-cv-30

    Defendants.

**ORDER**

The parties have filed a Joint Status Report in response to the Court's Order, indicating Plaintiff's intent to challenge Defendants' responses to certain requests. The parties request 90 days for Plaintiff to identify his challenges and for Defendants to respond. Given the time that this case has been pending, the Court sets the following deadlines:

IT IS HEREBY ORDERED that: (1) identification of Plaintiff's challenges shall be served on Defendants by June 18, 2025; (2) Defendants' response is due to Plaintiff July 2, 2025; (3) if necessary, Defendants shall produce a *Vaughn* index by August 3, 2025; and (4) any motions for summary judgment are due September 2, 2025.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Production of Documents (ECF No. 65) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: June 4, 2025                                            /s/ Sally J. Berens
                                                                                                     SALLY J. BERENS
                                                                                                     U.S. Magistrate Judge